# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

==================

## NO. 03-05-00357-CV

==================


**Sharon Cné Padgett-Bryant, Appellant**

**v.**

**Sunnyvale Independent School District, Appellee**


==========================================================================
### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 261ST JUDICIAL DISTRICT
### NO. GV402653, HONORABLE LORA J. LIVINGSTON, JUDGE PRESIDING
==========================================================================


## M E M O R A N D U M   O P I N I O N


Appellant Sharon Cné Padgett-Bryant filed an unopposed motion to dismiss this appeal because the parties have reached a settlement agreement.  Accordingly, we grant the motion to dismiss this appeal.  *See* Tex. R. App. P. 42.1(a).


_____

Bob Pemberton, Justice

Before Chief Justice Law, Justices B. A. Smith and Pemberton

Dismissed on Appellant's Motion

Filed:   August 19, 2005